# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RUBEN M. COLLAZO,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:15-1269 |
| v. | : | (JUDGE MANNION) |
| **COMMONWEALTH OF PENNSYLVANIA,** | : | |
| | : | |
| Defendant | : | |
| | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)**   the report and recommendation of Judge Mehalchick, **(Doc. 3)**, is **ADOPTED**;

**(2)**   the plaintiff's objections, **(Doc. 4, Doc. 5)**, are **OVERRULED**;

**(3)**   the instant action is **DISMISSED** in this court and **SUMMARILY REMANDED** to the Court of Common Pleas of Monroe County, Pennsylvania.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: January 11, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1269-01-ORDER.wpd